

00028919





00028922





00028918

